**Ora M. Mixer, plaintiff in error, v. Yellow Cab Company, defendant in error. Gen. No. 31,246.**

Action for personal injuries received in collision of two taxicabs. Judgment for defendant on directed verdict. Error to the Superior Court of Cook county; the Hon. L. P. Harriss, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed March 29, 1927.

George Pfirshing, for plaintiff in error. Samuels, Costello & Greenberg, John E. Kehoe and Busby, Weber, Miller & Donovan, for defendant in error.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Michalina Stolowski, appellee, v. Joseph Wierzbowski et al., on appeal of Joseph Wierzbowski and Martin Wierzbowski, appellants. Gen. No. 31,196.**

Bill to remove cloud on title. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the second division of this court for the first district at the April term, 1926. Affirmed. Opinion filed March 29, 1927. Rehearing denied April 13, 1927.

L. L. Richmond, for appellants. Michael D. Dolan, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**Julius Helfer, appellee, v. John Genarella and Nicolina Genarella, appellants. Gen. No. 31,220.**

Bill to enforce mechanic's lien. Decree against defendants. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Affirmed. Opinion filed March 29, 1927.

Hugh A. Caperton, for appellants. Zaleski & Zaleski, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

**William G. Harley and Charles W. Harley, plaintiffs in error, v. George S. Halas and Edward C. Sternaman, defendants in error. Gen. No. 31,249.**

Bill for partnership accounting. Dismissed for want of equity. Error to the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Affirmed. Opinion filed March 29, 1927.

Charles J. Trainor and Joseph J. Nagle, for plaintiffs in error. Mayer, Meyer, Austrian & Platt, for defendants in error.

Mr. Justice Barnes delivered the opinion of the court.